Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant DONNA MARQUE NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DONNA MARQUE NELSON, et al.,<br><br>                Defendants. | Case No.1:07 CR 00245 LJO<br><br>**WAIVER OF DEFENDANT DONNA MARQUE NELSON'S PERSONAL APPEARANCE**<br><br>**(Fed. R. Crim. Proc., Rule 43)** |

      Defendant hereby waives the right to be present in person in open court for hearings upon questions of law, status conferences, and pre-trial conferences.  Defendant hereby requests the court to proceed during her absence on every occasion which the court may permit pursuant to this waiver; and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present.  This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

DATED:  May 9, 2008.
                              /s/ Donna Marque Nelson
                              Donna Marque Nelson
                              790 Broadway, Apartment B
                              Atwater, California  95301

///

///

APPROVED:


  /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorney for Defendant

DATED:  May 9, 2008.


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived for hearings upon a question of law, status conferences, and pre-trial conferences unless otherwise ordered by the court.


K:\LJO\To_Be_Signed\07cr245.order.wpd

10924.0021 IT IS SO ORDERED.

**Dated:   May 12, 2008**                        /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

2

**WAIVER OF DEFENDANT DONNA MARQUE NELSON'S PERSONAL APPEARANCE**