Robert D. Wilkinson  #100478

**BAKER MANOCK & JENSEN, PC**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant DONNA MARQUE NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.1:07 CR 00245 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION FOR RETURN OF DEFENDANT DONNA MARQUE NELSON'S PERSONAL PROPERTY |
| DONNA MARQUE NELSON, et al., | ) | |
| Defendants. | ) | |

WHEREAS, a search warrant was served on the residence of Donna Nelson at 790 Broadway, Apartment B, Atwater, California, on July 28, 2007, by the Merced/Multi-Agency Narcotic Task Force;

WHEREAS, during the execution of the search warrant personal property of Ms. Nelson was seized;

WHEREAS, Ms. Nelson has pled guilty and has been sentenced in this matter;

THE PARTIES HERETO, by and through authorized counsel, hereby stipulate that the following items of personal property may be returned to Ms. Nelson's attorney, Robert D. Wilkinson, who will provide them to Ms. Nelson:

| ITEM NO. | DESCRIPTION | LOCATION FOUND |
|---|---|---|
| 124-015 | Classic Pooh Address Book | Living room, desk |
| 124-016 | Paperback address book | Living room, desk |

| 124-026 | Seven miscellaneous photographs | Master bedroom, wall |
| --- | --- | --- |
| 124-027 | Photo album of miscellaneous photographs | Master bedroom, night stand area |

And any other personal property items no longer needed as evidence in the above-referenced matter.

DATED:   March 4, 2009.

>Lawrence G. Brown
>Acting United States Attorney


>By   /s/ Marlon Cobar
>Marlon Cobar
>Assistant U.S. Attorney

DATED:   March 4, 2009.

>BAKER MANOCK & JENSEN


>By   /s/ Robert D. Wilkinson
>Robert D. Wilkinson
>Attorneys for Defendant DONNA MARQUE NELSON

**ORDER**

K:\LJO\To_Be_Signed\07cr245.stipulation.wpd
10924.0021 IT IS SO ORDERED.

**Dated:   March 5, 2009**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2